[No. 14156-6-II.   Division Two.   March 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LLOYD N.
HALE, *Appellant*.

Appeal from a judgment of the Superior Court for
Lewis County, No. 90-1-00043-0, David R. Draper, J.,

entered July 19, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.